UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH JAMES PAGAN, #856983,   )
      Petitioner,   )
          ) No. 1:18-cv-1103
-v-          )
          ) Honorable Paul L. Maloney
TONY TRIERWEILER,   )
      Respondent.   )
          )

## JUDGMENT

The Court denied Pagan's petition for habeas relief. All pending claims have been resolved. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: June 17, 2020         /s/ Paul L. Maloney
                 Paul L. Maloney
                 United States District Judge